# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| SENIOR CARE, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) |
| | Civil Action No.: 8:17-cv-00761 |
| Plaintiff, | ) ) **CLASS ACTION** ) |
| v. | ) ) |
| D-ZEE TEXTILES, INC. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, SENIOR CARE, P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next thirty days.

Respectfully submitted,

SENIOR CARE, P.A., individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                             /s/ Ryan M. Kelly