# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| SENIOR CARE, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) Civil Action No.: 8:17-cv-00761 |
| Plaintiff, | ) ) **CLASS ACTION** |
| v. | ) ) |
| D-ZEE TEXTILES, LLC and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, SENIOR CARE, P.A. and Defendant, D-ZEE TEXTILES, LLC, through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| SENIOR CARE, INC. | D-ZEE TEXTILES, INC. |
| By: s/Ryan M. Kelly | By: s/J. Trumon Phillips |
| Ryan M. Kelly – FL Bar. 90110 | Trumon Phillips – FL Bar No.: |
| ANDERSON + WANCA | Fredrick H.L. McClure |
| 3701 Algonquin Rd., Ste. 500 | DLA Piper LLP (US) |
| Rolling Meadows. IL 60008 | 3111 W. Dr. Martin Luther King Jr. Blvd. |
| Telephone:  847-368-1500 | Suite 300 |
| Fax: 847-368-1501 | Tampa, FL  33607 |
| bwanca@andersonwanca.com | Telephone:  813-222-5959 |
| | Fax:  813-229-1447 |
| *Attorneys for Plaintiff, SENIOR CARE, P.A.* | trumon.phillips@dlapiper.com |
| | sfredrick.mcclure@dlapiper.com |
| | *Attorneys for Defendant, D-ZEE TEXTILES, INC.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly